## UNITED STATES *v.* POWELL

ERROR TO THE CIRCUIT COURT OF THE UNITED STATES FOR THE NORTHERN DISTRICT OF ALABAMA.

No. 63. Submitted January 8, 1909.—Decided January 11, 1909.

Judgment of the Circuit Court sustaining demurrer to indictment for conspiracy in alleged violation of §§ 5508, 5509, Rev. Stat., affirmed, without opinion, on the authority of *Hodges* v. *United States,* 203 U. S. 1.

*The Attorney General* and *Mr. Assistant Attorney General Fowler* for the United States.

There was no appearance or brief filed for defendant in error.

*Per Curiam:* The judgment is affirmed on the authority of *Hodges v. United States,* 203 U. S. 1.

MR. JUSTICE MOODY did not sit.